# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **3909 REALTY LLC and GUY SHITRIT,** *Plaintiffs,* v. **CITY OF PHILADELPHIA** *Defendants.* | **CIVIL ACTION** No. 21-0030 |

## ORDER

**AND NOW,** this **8th** day of **June 2021**, upon consideration of Defendant's Motion to Dismiss For Failure to State a Claim (ECF No. 10) and Plaintiffs' Response in Opposition (ECF No. 11), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' Amended Complaint (ECF No. 8) is **DISMISSED without prejudice**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**