# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **3909 REALTY LLC, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | **No. 21-cv-0030** |
| **DEPARTMENT OF LICENSES** | : | |
| **& INSPECTIONS,** | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this **27th** day of **March 2025**, upon consideration of Plaintiffs' Motion for Reconsideration (ECF No. 33), it is hereby **ORDERED** that this Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**